VIRGINIA GARCIA V. THE STATE.

No. 10224.  Delivered June 16, 1926.

**Possession of Intoxicating Liquor—Statement of Facts—Filed Too Late.**

This record discloses that notice of appeal was given on December 18, 1925, and that the statement of facts was not filed until April 19, 1926, and same cannot be considered.  The indictment being regular, and no bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wharton County.  Tried below before the Hon. M. S. Munson, Judge.

Appeal from a conviction for possessing intoxicating liquor for purpose of sale, penalty one year in the penitentiary.

*H. A. Cline* of Wharton for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for the unlawful possession of intoxicating liquor, punishment fixed at confinement in the penitentiary for one year.

Nothing is brought forward for review by way of bills of exceptions.  The statement of facts found in the record cannot be considered by this court for the reason that it was not filed within the time allowed by law.  Notice of appeal was entered

on December 18, 1925, and the statement of facts was not filed in this court until April 19, 1926. We fail to find in the record any order granting an extension of time for the filing of the statement of facts beyond the time allowed by statute (Art. 760, C. C. P., 1925). Therefore, the objection of the state's attorney to the consideration of the statement of facts must be sustained.

The indictment being regular, and there being no facts or complaints of the procedure properly before this court, it has no choice but to order that the judgment be affirmed. It is so ordered.

*Affirmed.*